IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES FLEMING, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:23-CV-593-KFP |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## SOCIAL SECURITY SCHEDULING ORDER

Plaintiff appeals the denial of an application for Social Security benefits under 42 U.S.C. § 405(g) and has filed a Motion for Leave to Proceed in Forma Pauperis (Doc. 2). Upon consideration of the application, it is ORDERED that the motion is GRANTED. In accordance with the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g),[1] it is further ORDERED as follows:

1. Within 60 days after the Court provides notice of the action to the Commissioner, the Commissioner must file an answer to Plaintiff's complaint, along with the administrative record.[2] *See* FED. R. CIV. P. Supp. SS Rules 3, 4.

2. Within 30 days after the Commissioner has filed the administrative record, Plaintiff must file a brief in support of his or her claims for relief. *See* FED. R. CIV. P. Supp.

---

[1] The Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) became effective December 1, 2022.
[2] The Commissioner's answer may be limited to a certified copy of the administrative record and to any affirmative defenses under Civil Rule 8(c).

SS Rule 6. Plaintiff must serve copies of the brief on the United States Attorney's Office and the Office of the General Counsel, SSA, Office of Program Litigation, Office 5, 6401 Security Boulevard, Baltimore, Maryland 21235.

3. Within 30 days after Plaintiff's brief is served, the Commissioner must file and serve a responsive brief. *See* FED. R. CIV. P. Supp. SS Rule 7. The Commissioner's brief must specifically address all arguments made by Plaintiff in the same order as Plaintiff's brief.

4. Within 14 days after the Commissioner's brief is served, Plaintiff may file a reply brief. *See* FED. R. CIV. P. Supp. SS Rule 8.

5. Extensions of time for filing briefs may be allowed upon a showing of good cause. If a party desires an extension of time, the party must file a motion for an extension before the date on which the brief or response is due. *See Hill v. Dekalb Reg'l Youth Det. Ctr.*, 40 F.3d 1176 (11th Cir. 1994).

6. Briefs must not exceed 15 pages without leave of the Court.

7. This case will be deemed submitted as of the date on which Plaintiff's reply brief is due.

8. Plaintiff's original brief must contain a section titled "Statement of the Issues." In this section in numbered paragraphs, Plaintiff must state in a concise, specific manner each issue presented to the Court for resolution. General statements of issues such as "the ALJ's decision is not supported by substantial evidence" will not be considered by the Court. Issues not presented in the Statement of the Issues will not be considered. The

Commissioner's responsive brief must address with specificity each numbered issue raised by Plaintiff in the same order as Plaintiff.

9. All briefs must support every assertion of fact by a specific citation to the record. FED. R. CIV. P. Supp. SS Rule 5.

DONE this 10th day of October, 2023.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE

# NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE

This civil case has been randomly assigned to a United States Magistrate Judge of this Court. In accordance with 28 U.S.C. 636(c), the Magistrate Judges of this Court are designated to conduct any and all proceedings in a jury or non-jury civil case and order the entry of final judgment upon consent of all parties. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the Eleventh Circuit Court of Appeals in the same manner as any appeal from a judgment entered in this Court.

As a party to this lawsuit, you have the right to consent or decline to consent to the jurisdiction of a Magistrate Judge. **Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge.** If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge; however, the Magistrate Judge will continue in the case for the purpose of entering a report and recommendation in accordance with 28 U.S.C. § 636(b).

To consent to the jurisdiction of a Magistrate Judge, you may complete the attached form and return it to the Clerk of the Court within **21 days** from the date of this order. **The attached consent form should NOT be electronically filed into the record.** However, a party's **consent may be submitted electronically.** If a party elects to consent and wishes to do so electronically, counsel may log into the Case Management/Electronic Case File (CM/ECF) system, select the Magistrate Judge Consent Form event, and electronically

prepare and submit a consent form. If you have any questions about electronic consent submission, please contact the Clerk's Office.

If a party elects to request reassignment to a District Judge, counsel must complete the attached form and mail it to the Clerk's Office. There is no option to log into CM/ECF and electronically submit the reassignment form. If a party declines to consent to the jurisdiction of a Magistrate Judge or to complete and submit one of the attached forms by the date set in this Order, this case will be reassigned randomly to a District Judge.

If consenting to a Magistrate Judge's jurisdiction in writing or requesting reassignment to a District Judge, the completed form may be mailed to the following address: Clerk, U.S. District Court, One Church Street, Room B-110, Montgomery, Alabama 36104.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES FLEMING, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:23-CV-593-KFP |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|    Defendant. | ) | |

**CONSENT TO JURISDICTION BY
<u>A UNITED STATES MAGISTRATE JUDGE</u>**

    In accordance with Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter confirms in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

    Signed this ____ day of _____, 20____.

                                                 _____
                                                 Signature

                                                 _____
                                                 Counsel For

                                                 _____
                                                 Address

                                                 _____
                                                 City, State, Zip Code

                                                 _____
                                                 (Area Code) Telephone Number

**\*\*DO NOT ELECTRONICALLY FILE THIS DOCUMENT\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:23-CV-593-KFP |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR REASSIGNMENT OF
<u>CASE TO A UNITED STATES DISTRICT JUDGE</u>**

The undersigned party has read the Notice of Assignment to United States Magistrate Judge and declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge. **The party understands that this request may not be revoked.**

Signed this ____ day of _____, 20____.

_____
Signature

_____
Counsel For

_____
Address

_____
City, State, Zip Code

_____
(Area Code) Telephone Number

**\*\*DO NOT ELECTRONICALLY FILE THIS DOCUMENT\*\***